JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEVORK GRIGORYAN,<br><br>  Plaintiffs,<br><br>  vs.<br><br>EXPERIAN INFORMATION SYSTEMS, et al.,<br><br>  Defendants. | CASE NO. CV 13-07450 MMM (PLAx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: May 7, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE